**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| vs | : | CASE NO. 3:23-CR-135 |
| **DAWN TROTTA** | : | (JUDGE MANNION) |

TYPE OF CASE:   CRIMINAL - SEALED

## SCHEDULING NOTICE

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
WILLIAM J. NEALON FEDERAL BLDG. &
UNITED STATES COURTHOUSE
235 N. WASHINGTON AVE.
SCRANTON, PA   18501

**COURTROOM:**  3

**DATE AND TIME:**
Friday, June 30, 2023
at 9:30 a.m.

**TYPE OF PROCEEDINGS:**

INITIAL APPEARANCE / ARRAIGNMENT ON INFORMTION / PLEA HEARING

**DATE:** May 31, 2023

PETER J. WELSH, CLERK

s/ G. Gebhardt
Gina Gebhardt

**TO:** HON. MALACHY E. MANNION, US DISTRICT JUDGE
   JAMES BUCHANAN, ESQUIRE, AUSA
   JOSEPH R. D'ANDREA, ESQUIRE
   U.S. PROBATION
   U.S. MARSHAL
   CT. REPORTER