UNITED STATES OF AMERICA
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 3:23-CR-135

DAWN TROTTA :

　　Defendant :

## PLEA

Now, this _5th_ day of July, 2023, the above named Defendant, DAWN TROTTA, having been arraigned in open Court, hereby pleads _Not Guilty_ to the within Information.

_____
DAWN TROTTA