# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

    v. : **CRIMINAL NO. 3:23-CR-135**

**DAWN TROTTA** :

    **Defendant** :

## ORDER

AND NOW, this 5th day of July, 2023, IT IS ORDERED that the above named defendant having completed the required Financial Affidavit (Form CJA 23) in support of her request for an attorney without payment of fee, and having certified the same to be correct;

AND, the Court being satisfied that said individual neither is financially able to obtain counsel nor is waiving her right to counsel;

IT IS ORDERED that Shelley L. Centini, Esquire is hereby appointed to represent the defendant in all matters pertaining to the above-captioned case.

If, at any time after this appointment, the Court finds that the party is financially able to obtain counsel, or is able to make partial payment for the representation, it may terminate the appointment of counsel or authorize payment as provided in Title 18 United States Code, Section

3006A(f). In such an event, the party may be required to reimburse all or part of the money expended by the Court in appointing the Federal Public Defender should it later be determined that funds are available for payment.

*s/ Malachy E. Mannion*
Malachy E. Mannion
United States District Judge