IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No. 23-CR-135
:
Dawn Trotta :
DEFENDANT(S) :

### VICTIM DISCLOSURE STATEMENT PURSUANT TO
### Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure _The International Boxing Hall of Fame_, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity. _yes_

2. List below any parent corporation or state that there is no such corporation:
   _none_

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
   _none_

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature

Date: _6.26.23_