## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**      :

     vs      :    CASE NO. 3:23-CR-135

**DAWN TROTTA**      :     (JUDGE MANNION)

     Defendant      :

TYPE OF CASE:  CRIMINAL

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT     **COURTROOM:** 3
        WILLIAM J. NEALON FEDERAL BLDG. &
        UNITED STATES COURTHOUSE
        235 N. WASHINGTON AVE.
        SCRANTON, PA  18501     **DATE AND TIME:**
                                                                                                                Friday, February 9, 2024
                                                                                              at 10:00 a.m.

**TYPE OF PROCEEDING:**      **CHANGE OF PLEA**

**DATE:** February 2, 2024

                                                          PETER J. WELSH, CLERK

                                                          s/ G. Gebhardt
                                                          Gina Gebhardt, Deputy Clerk

**TO:** HON. MALACHY E. MANNION, US DISTRICT JUDGE
      JAMES BUCHANAN, ESQUIRE, AUSA
      SHELLEY L. CENTINI, ESQUIRE
      U.S. PROBATION
      U.S. MARSHAL
      CT. REPORTER