UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:23-CR-00135 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| DAWN TROTTA, | : | (Electronically Filed) |
| Defendant | : | |

### MOTION TO WITHDRAW PLEA

NOW, this 9th day of February 2024, DAWN TROTTA, defendant in the above captioned matter, after consultation and assistance of her counsel, moves the Court to be permitted to withdraw her plea of not guilty and to enter a plea of GUILTY to Count 1 of the Information.

_____
DAWN TROTTA

### O R D E R

NOW, this 9th day of February 2024 the foregoing Motion to Withdraw Plea is granted.

_____
MALACHY E. MANNION
United States District Court Judge

### P L E A

NOW, this 9th day of February 2024, DAWN TROTTA, withdraws her plea of not guilty and pleads guilty to Count 1 of the Information in the above captioned matter.

_____
DAWN TROTTA