UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:23-CR-135 |
| v. : | |
| : | |
| : | (JUDGE MANNION) |
| DAWN TROTTA, : | |
| Defendant : | |

WAIVER OF INDICTMENT

1.  I understand that I am charged with a felony and, therefore, that I have the right to have the case presented to a grand jury. I further understand that a grand jury consists of not less than sixteen (16) nor more than twenty-three (23) members, at least twelve (12) of whom must concur in the return of an indictment. Thus, by waiving indictment, I concede that had the case been presented to a grand jury, an indictment would have been returned.

2.  I am represented by attorney, Shelley L. Centini, Esquire. I fully understand that I have the right to be represented by an attorney at every stage of this proceeding and, if necessary, one will be appointed to represent me. I have discussed this matter with my attorney and am

satisfied with her representation of me in this proceeding.

3.   I fully understand this statement, consisting of two (2) typewritten pages.

*[signature: Dawn Trotta]*
DAWN TROTTA
Defendant

*[signature: Shelley L. Centini]*
SHELLEY L. CENTINI, ESQ.
Counsel for Defendant